1  David B. Babbe (CA SBN 107446)
   dbabbe@mofo.com
2  Sonia S. Waisman (CA SBN 153010)
   swaisman@mofo.com
3  James Oliva (CA SBN 215440)
   joliva@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street
5  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Defendant
   THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS
8  N/K/A TRAVELERS PROPERTY CASUALTY COMPANY
   OF AMERICA
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13

14  ARGONAUT CONSTRUCTORS,                Case No.   C 05 3129 MJJ
                                                     Hon. Martin J. Jenkins
                    Plaintiff,
15                                        **STIPULATION AND** ~~PROPOSED~~
          v.                              **ORDER FOR DISMISSAL,**
16                                        **WITHOUT PREJUDICE, OF**
    TRAVELERS INDEMNITY OF ILLINOIS, et   **PLAINTIFF'S COMPLAINT IN**
17  al.,                                  **ITS ENTIRETY**

18                  Defendant.

19

20       WHEREAS, Plaintiff Argonaut Constructors ("Argonaut") has been named as a defendant

21  in an action captioned *C. A. Rasmussen Company, LLC v. Keith Stalion Landscaping, et al.,*

22  Northern District of California Case No. C-05-2725 ("the Underlying Lawsuit");

23       WHEREAS, when Argonaut initially filed this action, none of the insurer defendants had

24  agreed to participate in Argonaut's defense of the Underlying Lawsuit;

25       WHEREAS, since that time, circumstances have changed and Defendant The Travelers

26  Indemnity Company of Illinois, n/k/a Travelers Property Casualty Company of America has

27  agreed to participate in Argonaut's defense of the Underlying Lawsuit subject to a reservation of

28  rights;

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL C 05 3129 MJJ                          1

1    WHEREAS, efforts are being undertaken to attempt to resolve the Underlying Lawsuit;

2    WHEREAS, based on the foregoing facts and circumstances, the parties in this action

3  agree that this action should be dismissed, without prejudice, in its entirety.

4    NOW, THEREFORE, the parties hereto, which constitute all of the parties to this action,

5  hereby stipulate and agree as follows:

6    Argonaut's complaint in this action shall be dismissed, without prejudice, in its entirety as

7  to each and all of the defendants, with each party to bear its own costs in connection with such

8  dismissal.

9

10  Dated: March 13, 2006                    LAW OFFICES OF HANS  W. HERB

11

12                                          By:  ____/s/ Hans W. Herb_____
                                                 Hans W. Herb

13                                               Attorney for Plaintiff ARGONAUT
                                                 CONSTRUCTORS, INC.

14

15  Dated: March 13, 2006                    MORRISON & FOERSTER LLP

16

17                                          By:  ____/s/ Sonia S. Waisman_____
                                                 Sonia S. Waisman

18

19                                               Attorneys for Defendant
                                                 THE TRAVELERS INDEMNITY
                                                 COMPANY OF ILLINOIS n/k/a
20                                               TRAVELERS PROPERTY
                                                 CASUALTY COMPANY OF
21                                               AMERICA

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL C 05 3129 MJJ                    2

Dated: March 13, 2006                              FARMER, MURPHY, SMITH & ALLISTON


By:   _____/s/ Blane A. Smith_____
          Blane A. Smith

      Attorneys for Defendant
      CONSTITUTION INSURANCE
      COMPANY


Dated: March 13, 2006                              LEWIS BRISBOIS BISGAARD & SMITH
                                                   LLP


By:   _____/s/ Julian J. Pardini_____
          Julian J. Pardini

      Attorneys for Defendant
      ALLIED MUTUAL INSURANCE
      COMPANY


## GENERAL ORDER 45 ATTESTATION

I, Sonia S. Waisman, am the ECF User whose ID and password are being used to file the

Stipulation and Proposed Order for Dismissal, Without Prejudice, of Plaintiff's Complaint in its

Entirety.  In compliance with General Order 45, X.B., I hereby attest that Hans W. Herb, Blane A.

Smith and Julian J. Pardini have concurred in this filing.


_____/s/  Sonia S. Waisman_____
          Sonia S. Waisman


IT IS SO ORDERED:
Dated:  _____March 27_____, 2006


_____
Hon. Martin J. Jenkins
United States District Judge


STIPULATION AND PROPOSED ORDER FOR DISMISSAL C 05 3129 MJJ                              3